# United States District Court
# Northern District of California
# San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JOSE TOBAR-GALDAMEZ,<br><br>*Defendant*. | Case No. 3:12-cr-00030-EMC-13<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |

## ORDER MODIFYING CONDITIONS OF RELEASE

The Court has read and considered the Stipulation to Modify Conditions of Release as to Defendant Tobar-Galdamez, filed by counsel for the United States of America and defendant Jose Tobar-Galdamez in this matter on Wednesday, November 14, 2012.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause to allow for a modification of defendant's Conditions of Release as stipulated to by the parties.

**THEREFORE, FOR GOOD CAUSE SHOWN:**

The Court orders that defendant's release conditions shall be modified to permit him to travel into the Eastern District of California.

The Court further orders that defendant's Conditions of Release be modified to remove the following conditions:

1. Defendant shall comply with the following curfew: 10 p.m. to 6 a.m.

2. Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.

All other conditions of release shall remain in effect.

IT IS SO ORDERED.

November 15, 2012
Date

*Jacqueline S. Corley*
Honorable Jacqueline Scott Corley
United States Magistrate Judge
Northern District of California