MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-12-0030-EMC-13 |
|     Plaintiff, | NOTICE OF DISMISSAL ; ORDER |
|     v. | |
| JOSE TOBAR-GALDAMEZ, a/k/a Renaud | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 12/6/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ J. Douglas Wilson*
J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL (CR-12-0030-EMC)

1 | Leave is granted to the government to dismiss the indictment. The arrest warrant issued in connection with the indictment in this case is hereby quashed.

Date: __12/17/13__



IT IS SO ORDERED

Judge Edward M. Chen